# Order

Michigan Supreme Court
Lansing, Michigan

July 28, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131003 & (16)

PEOPLE OF THE STATE OF MICHIGAN,
　　　　　Plaintiff-Appellee,

v

CHRISTOPHER GENE BROOKS,
　　　　　Defendant-Appellant.
_____

SC　131003
CoA　267603
Monroe CC 96-027270-FY

On order of the Chief Justice, the motion by defendant-appellant for voluntary dismissal of his application for leave to appeal is considered and the application for leave to appeal is DISMISSED with prejudice.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 28, 2006

_____
Clerk